**SEALED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-23025-BB**

FILED BY _____NJC_____ D.C.

**Sep 3, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FRUGALITY INC.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

        Defendants.

---

**PLAINTIFF'S SECOND MOTION FOR LEAVE TO CONDUCT EXPEDITED THIRD-PARTY DISCOVERY AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff FRUGALITY, INC. by and through its undersigned counsel, hereby moves this Honorable Court for leave to conduct expedited discovery of third-parties Alibaba Group including Alibaba, AliExpress, and AliPay, and in support thereof states as follows:

1. The Court in this case entered its temporary restraining order (TRO) on August 24, 2021.

2. Immediately upon receipt of the Court's TRO, the plaintiff contacted the third-party marketplace platforms where defendants listed on Schedule "A" to the Complaint engaged in the infringing activity alleged herein, and advised the third-party platforms that immediate compliance with the Court's TRO was required in order that plaintiff could obtain identifying information to give defendants notice by electronic means of this Court's TRO and the date and time of the hearing on plaintiff's motion for preliminary injunction.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

3.      Plaintiff immediately contacted the Alibaba and AliExpress third-party internet marketplace platforms. These platforms responded quickly to plaintiff's initial emails, but to date no further information has been received. There are numerous defendants named in this case that are on these platforms. As of the date of this motion, listings for some of these defendants are still active which indicates that Alibaba and AliExpress have not implemented this Court's TRO yet.

4.      Plaintiff believes that service of subpoenas on the Alibaba Group entities in the form attached hereto as Exhibit 1 will aid in expediting a response from these entities to the information request contained in this Court's TRO and will also assist in obtaining the necessary asset freeze this Court's TRO requires.

5.      The plaintiff requires the information in the control of the Aliaba Group entities in order to comply with this Court's TRO. The information in the control of these third-parties is essential to help identify all accounts involved in the defendants' alleged counterfeiting schemes. It is also necessary to permit plaintiff to comply with this Court's order authorizing alternate service of process.

6.      The information requested in the proposed subpoena to the Alibaba Group entities attached hereto as Exhibit 1 is the same information required to be disclosed by the Court's TRO.

### MEMORANDUM OF LAW

Federal courts allow parties to conduct expedited discovery in advance of a Rule 26(f) conference where the party establishes "good cause" for such discovery. *Tracfone Wireless, Inc. v. Adams,* 304 F.R.D. 672, 673 (S.D. Fla. 2015). "Good cause may be found where the need for expedited discovery, in consideration of the administration of justice, outweighs the prejudice

to the responding party." *Semitool, Inc. v. Tokyo Electron Am., Inc.,* 208 F.R.D. 273, 276 (N.D.Cal. 2002).

Expedited discovery is warranted where, as here, there is a showing of good cause. Good cause is shown by the record supporting the entry of the TRO in this case. Expedited discovery is also warranted so that plaintiff may mitigate any additional irreparable harm caused by Defendants' ongoing alleged scheme. *See, e.g., United States v. Mayer,* 2003 WL 1950079, at *1–2 (M.D. Fla. Feb. 20, 2003) (ordering expedited civil discovery due to the risk of irreparable injury); *Twentieth Century Fox Film Corp. v. Mow Trading Corp.,* 749 F. Supp. 473, 475 (S.D.N.Y.1990) (granting plaintiff expedited discovery in copyright infringement case so that factual inquiries could be made to avoid further irreparable harm).

WHEREFORE, this court should grant the motion and permit plaintiff to serve third-party subpoenas on the Alibaba Group entities to obtain the information required by this Court's TRO.

DATED: September 3, 2021       Respectfully submitted,

           */s/ Joel B. Rothman*
           JOEL B. ROTHMAN
           Florida Bar Number: 98220
           joel.rothman@sriplaw.com
           CRAIG A. WIRTH
           Florida Bar Number: 125322
           craig.wirth@sriplaw.com
           **SRIPLAW**
           21301 Powerline Road
           Suite 100
           Boca Raton, FL 33433
           561.404.4350 – Telephone
           561.404.4353 – Facsimile

           *Counsel for Plaintiff Frugality, Inc.*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK