AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Frugality, Inc. <br> *Plaintiff* <br> v. <br> The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A" <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.   SDFL No. 1:21-cv-23025-BB |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Alibaba Group Holding Ltd., CT Corporation System, Registered Agent, 818 W, 7th Street, 9th Floor, Los Angeles, CA 90017
(on behalf of Alibaba.com, Inc., AliExpress, and AliPay)

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See exhibit 1 attached.

| Place: SRIPLAW <br> 21301 Powerline Road, Ste 100 <br> Boca Raton, FL 33433 | Date and Time: <br> 09/07/2021 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   09/07/2021

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ <br> *Signature of Clerk or Deputy Clerk* | | _____ <br> *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     Plaintiff
Frugality, Inc._____ , who issues or requests this subpoena, are:

Joel Rothman, 21301 Powerline Road, Ste 100, Boca Raton, FL 33433 561-404-4335

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  SDFL No. 1:21-cv-23025-BB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

## EXHIBIT 1 TO SUBPOENA TO ALIBABA GROUP

The following documents and electronically stored information:

(i)     all information, financial accounts and/or sub-accounts, associated with the Internet based e-commerce stores operating on your platform or website under the Seller IDs identified on Schedule "A" to the Complaint in this action;

(ii)    all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to the TRO entered in this action;

(iii)   an accounting of all funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to;

(iv)    the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained;

(v)     the true identities including names, addresses, email addresses, and IP addresses, of each person who registered, are listed in, logged into, used, or who otherwise handled or is associated with the financial/payment processing accounts of all Defendants;

(vi)    the full list of stores and associated financial/payment processing accounts opened, operated by, or at any time used by the Defendants.

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com