UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23025-BLOOM/Otazo-Reyes

FRUGALITY INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** is before the Court on Plaintiff Frugality Inc.'s ("Plaintiff") Motion for

Preliminary Injunction, ECF No. [4] ("Motion"), filed on August 19, 2021 pursuant to 15 U.S.C.

§ 1116, Federal Rule of Civil Procedure 65, and The All Writs Act, 28 U.S.C. § 1651(a).

On August 24, 2021, the Court entered a Temporary Restraining Order and an Order

Restraining the Financial Accounts used by Defendants, ECF No. [11] ("TRO"). The TRO set a

hearing on the Plaintiff Motion for Preliminary Injunction for September 1, 2021. Thereafter,

Plaintiff sought two continuances of the Preliminary Injunction Hearing, ECF Nos. [14] & [19],

which the Court granted, ECF No. [15] & [21]. The Preliminary Injunction Hearing was ultimately

held on September 17, 2021 at 3:00 p.m. via remote video conference. ECF Nos. [21] & [32].

Prior to the hearing on the Motion for Preliminary Injunction, Plaintiff filed two Proof(s)

of Service, ECF No. [29] & [30], demonstrating service on Defendants pursuant to the Court's

Order Authorizing Alternative Service of Process, ECF No. [12]. The Proof(s) of Service affirmed

that Plaintiff served process on Defendants identified on Schedule A by emailing these Defendants

the text of the summons issued in this action and the link http://www.sriplaw.com/notice, where the full text of the Complaint, exhibits thereto, Temporary Restraining Order, and the full text of all other documents filed in this action are available to view and download in compliance with this Court's Order on Alternate Service, with the exception of Defendants numbered 485, 486, 487, 488, 489, 490.

At the Preliminary Injunction Hearing, the Court inquired whether service had been made on all Defendants, and Plaintiff confirmed that service was made on all Defendants identified on Schedule A, except for Defendants numbered 485, 486, 487, 488, 489, 490. Plaintiff requested that the TRO be extended as to those Defendants on which service had not yet been made. The Court found that good cause was not shown for the extension of the TRO on those Defendants and denied Plaintiff's *ore tenus* motion.

The Court heard argument from Plaintiff and reviewed the evidence presented to the Court on the Motion. Having considered the evidence and the arguments, the Court grants Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the Defendants identified in Schedule A hereto, which does not include Defendants numbered 485, 486, 487, 488, 489, 490 on whom service has not been made, and the TRO is dissolved as to Defendants numbered 485, 486, 487, 488, 489, 490.

The Court determines that it has personal jurisdiction over Defendants identified on Schedule A hereto since the evidence presented on the Motion shows that Defendants, except those indicated above on whom service was not made, have been served with process pursuant to this Court's order authorizing alternative service. The Court also determines that these Defendants directly target their business activities toward consumers in the United States, including Florida, and specifically that Defendants are reaching out to do business with Florida residents by operating

one or more commercial, interactive internet stores on internet marketplaces where Florida residents can purchase products bearing infringing and/or counterfeit trademarks belonging to the plaintiff.

This Court further determines that the temporary restraints previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

The Court concludes that Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, or distribution of goods bearing counterfeits, reproductions, or colorable imitations of the products using the SECRET XPRESS CONTROL trademark, U.S. Reg. No. 5990755 for "Mascaras" in International Class 3 registered February 18, 2020.

The potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiff, its reputation, and its goodwill as a manufacturer and distributor of quality products, if such relief is not issued. The public interest favors issuance of the temporary restraining order to protect Plaintiff's trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as Plaintiff's genuine goods.

Further, under 15 U.S.C. § 1117(a), Plaintiff may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing counterfeits and infringements of Plaintiff's trademarks. See *Levi Strauss & Co. v. Sunrise Int'l*

*Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995); *Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992).

In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants have violated federal trademark laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless the restraint of those assets ordered in the TRO is continued.

Accordingly, the court, having considered the motion, and having found good cause, it is **ORDERED** that the Motion, **ECF No. [4]**, is **GRANTED** and a preliminary injunction is entered as follows:

## PRELIMINARY INJUNCTION

1. Each Defendant listed on Schedule A attached hereto, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are restrained and enjoined during the pendency of this case:

a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the SECRET XPRESS CONTROL Mark, or any confusingly similar trademarks, other than those actually manufactured or distributed by plaintiff; and

b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by plaintiff, bearing and/or using the SECRET XPRESS CONTROL Mark, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the SECRET XPRESS

CONTROL Mark, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant;

2.      Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Preliminary Injunction shall immediately discontinue, until further Order of this Court, the use of the SECRET XPRESS CONTROL Mark, or any confusingly similar trademarks, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs. This order is limited to the Defendants' listings using the SECRET XPRESS CONTROL Mark, or any confusingly similar trademarks, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs, and does not apply to the Defendants' entire e-commerce stores.

3.      Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Preliminary Injunction shall immediately discontinue, until further Order of this Court, the use of the SECRET XPRESS CONTROL Mark, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores

registered, owned, or operated by any Defendant, including the Internet based e-commerce stores operating under the Seller IDs.

4.  Each Defendant shall not transfer ownership of the Seller IDs during the pendency of this action, or until further order of the Court.

5.  Each Defendant shall continue to preserve copies of all computer files relating to the use of any of the Seller IDs and shall take all steps necessary to retrieve computer files relating to the use of the Seller IDs that may have been deleted before the entry of this Order.

6.  Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd., Alipay.com Co., Ltd., and Alipay Singapore E-Commerce Private Limited (collectively, "Alipay"), Amazon Payments, Inc. ("Amazon"), Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), PayPal, Inc. ("PayPal"), eBay, Inc. ("eBay"), Payoneer, Inc. ("Payoneer"), NewEgg Commerce, Inc. ("NewEgg"), WorldFirst UK Limited ("WorldFirst"), or PingPong Global Solutions Inc. ("PingPong"), Joom, SIA (Latvia) ("Joom"), Stripe, Inc. and/or Stripe Payments Company ("Stripe") and their related companies and affiliates shall continue the restraints imposed under the TRO until further Order of this Court and, to the extent not already done, (i) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; (ii) divert those restrained funds to a holding account for the trust of the Court.; (iii) identify all financial accounts and/or sub-accounts,

associated with the Internet based e-commerce stores operating under the Seller IDs, store numbers, infringing product numbers, and/or the e-mail addresses identified on Schedule "A" hereto, as well as any other accounts of the same customer(s); (iv) identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order;

7.      Upon receipt of notice of this Preliminary Injunction, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, including but not limited to, AliExpress, Ant Financial Services, Alipay, Amazon, Dunhuang Group which operates the DHgate.com and DHpay.com platforms, Camel FinTech Inc, ContextLogic, PayPal, eBay, Payoneer, NewEgg WorldFirst, PingPong, Joom, Stripe, and their related companies and affiliates, shall to the extent not already done, provide plaintiff's counsel with all data that details: (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to; (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained; (iii) the historical sales for the Defendants' listings that are alleged to infringe plaintiff's trademarks, copyrights and patent; and (iv) the true identities along with complete contact information including email addresses of all Defendants.

8.      The funds restrained by this Preliminary Injunction shall not be transferred or surrendered by any Defendant, financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, AliExpress, Ant Financial Services, Alipay, Amazon, Dunhuang Group which operates the DHgate.com and DHpay.com platforms, Camel FinTech Inc, ContextLogic, PayPal, eBay, Payoneer, NewEgg WorldFirst, PingPong, Joom, Stripe, and their related companies and affiliates for any purpose (other than

pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court.

9.     No Defendant whose funds are restrained by this Preliminary Injunction may transfer said funds in possession of any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, AliExpress, Ant Financial Services, Alipay, Amazon, Dunhuang Group which operates the DHgate.com and DHpay.com platforms, Camel FinTech Inc, ContextLogic, PayPal, eBay, Payoneer, NewEgg WorldFirst, PingPong, Joom, Stripe, and their related companies and affiliates restrained by this Order to any other financial institution, payment processor, bank, escrow service, money transmitter or marketplace website without the express authorization of this Court.

10.     Any Defendant or financial institution account holder subject to this Preliminary Injunction may petition the Court to modify the asset restraint set out in this Order.

11.     This Order shall apply only to the Seller IDs listed on Schedule A hereto, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores, websites, or financial accounts which are being used by Defendants for the purpose of counterfeiting the SECRET XPRESS CONTROL Mark and/or unfairly competing with plaintiff.

12.     This Preliminary Injunction shall remain in effect during the pendency of this case and until further Order of the Court. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Preliminary Injunction upon notice to plaintiff pursuant to the Federal Rules of Civil Procedure and Local Rules of the Southern District of Florida.

**BOND**

13.    The Court determines that the bond in the amount of Ten Thousand Dollars and

Zero Cents ($10,000.00) posted by Plaintiff as evidenced by the Notice of Filing Bond, ECF No.

[24], is sufficient and shall remain with the Court until a final disposition or until this Preliminary

Injunction is dissolved or terminated.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 21, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Case No. 21-cv-23025-BLOOM/Otazo-Reyes

### SCHEDULE A TO ORDER GRANTING PRELIMINARY INJUNCTION

| Doe # | Marketplace | Merchant Name | Merchant ID |
|---|---|---|---|
| 1 | Alibaba | Shenzhen Shifei Kou Biological Technology Co., Ltd. | aliverofficial |
| 2 | Alibaba | Shenzhen Oner Technology Co., Limited | ameizii |
| 3 | Alibaba | Guangzhou BJY Technology Co., Ltd. | bjy |
| 4 | Alibaba | Hangzhou Shibode Technology Co., Ltd. | bloomcosmetics |
| 5 | Alibaba | Zhejiang Chloven Cosmetics Co., Ltd. | chloven |
| 6 | Alibaba | Zhengzhou Zhengdong New District Youke Convenience Firm | cn1536370828nhik |
| 7 | Alibaba | Foshan Duoyilai Trading Co., Ltd. | cndyl |
| 8 | Alibaba | Shenzhen Tong Fei Trade Co., Ltd. | cntongfei |
| 9 | Alibaba | Guangzhou Cong Mei Biotechnology Co., Ltd. | congmei |
| 10 | Alibaba | Guizhou Cool Cat Technology Co., Ltd. | coolcattech |
| 11 | Alibaba | Hebei Changshan Hyaluronic Biotech Co., Ltd. | csbio |
| 12 | Alibaba | Foshan Duoyilai Trading Co., Ltd. | duoyilai |
| 13 | Alibaba | Foshan Dream Fashion Trading Company Limited | fashionbeauty |
| 14 | Alibaba | Shenzhen Qiaonvhai Trading Co., Ltd. | fetzorrostore |
| 15 | Alibaba | Guangzhou Sanbanfu Biotechnology Co., Ltd. | fiior |
| 16 | Alibaba | Foshan Rose Charming Trading Co., Ltd. | fsyzqianying |
| 17 | Alibaba | Shenzhen Gomore E-Commerce Co., Ltd. | gogomore |
| 18 | Alibaba | Guangzhou Mingyuan Trading Co., Ltd. | gzmybeauty |
| 19 | Alibaba | Guangzhou Shangqiao International Trade Co., Ltd. | gzqlzhanfu |
| 20 | Alibaba | Shenzhen Beautou Technology Development Co., Ltd. | gzskinbeauty |
| 21 | Alibaba | Guangdong Haoyang Biotechnology Co., Ltd. | haoyang999 |
| 22 | Alibaba | Shenzhen Hengqing Biotechnology Co., Ltd. | hengqing0755 |
| 23 | Alibaba | Shenzhen Hengyi Technology Co., Ltd. | hengyeetech |
| 24 | Alibaba | Shenzhen Hengrui Fangzun Trading Co., Ltd. | hrfz728 |

Case No. 21-cv-23025-BLOOM/Otazo-Reyes

| 25 | Alibaba | Shenzhen Hengyi Technology Co., Ltd. | huanyatech |
|---|---|---|---|
| 26 | Alibaba | Guangzhou Huapan Cosmetics Co., Ltd. | huapan |
| 27 | Alibaba | Guangzhou Yingli Cosmetic Ltd., Co. | imagebeauty |
| 28 | Alibaba | Shenzhen Ipro Lifestyle Co., Ltd. | iprogroup |
| 29 | Alibaba | Guangzhou Hoonni Bio Technology Co., Ltd. | iwaterboy |
| 30 | Alibaba | Dongguan Gioriun Industry Co., Ltd. | jrhandle |
| 31 | Alibaba | Guangzhou Lianbiquan Biological Technology Co., Ltd. | lanthomewholesale |
| 32 | Alibaba | Guangzhou Liaoyuan International Trade Co., Ltd. | lybeauty |
| 33 | Alibaba | Market Union Co., Ltd. | marketunion04 |
| 34 | Alibaba | Meecii International Cosmetic (Shenzhen) Co., Ltd. | meecii |
| 35 | Alibaba | Shenzhen Meinuo Fortune Technology Co., Ltd. | meinuoxu |
| 36 | Alibaba | Wenzhou Meters Int'l Trade Co., Ltd. | meters |
| 37 | Alibaba | Guangzhou Mingsong Technology Co., Ltd. | mingsong |
| 38 | Alibaba | Guangzhou Meizhiao Cosmetics Company Ltd. | mza |
| 39 | Alibaba | Guangzhou Meizi Biological Technology Co., Ltd. | mzel |
| 40 | Alibaba | Shanxi Nanxuelei Biological Technology Co., Ltd. | nanxuelei |
| 41 | Alibaba | Linyi Njian Intelligent Technology Co., Ltd. | njian |
| 42 | Alibaba | Guangzhou Fan Yue Pan Trading Co., Ltd. | pansly |
| 43 | Alibaba | Yiwu Paroo Cos Commodity Co., Ltd. | pronail |
| 44 | Alibaba | Zhejiang Pure Cosmetics Co., Ltd. | purecosmo |
| 45 | Alibaba | Guangzhou Shangqiao International Trade Co., Ltd. | qlzhanfu |
| 46 | Alibaba | Quanzhou Shanying Import And Export Trade Co., Ltd. | qzshanying |
| 47 | Alibaba | Shenzhen Raiposa Cosmetic Co., Ltd. | raiposa |
| 48 | Alibaba | Shenzhen Rvtop Technology Co., Ltd. | rvtop |
| 49 | Alibaba | Guangzhou Shangqiao International Trade Co., Ltd. | shangqiao |
| 50 | Alibaba | Xiamen Sunbeam Industries Ltd. | sunbeamxm |
| 51 | Alibaba | Shanxi Meila Bio-Tech Co., Ltd. | sxmeila |

| 52 | Alibaba | Shenzhen Century Jinchen Technology Co., Ltd. | szjinchen |
| 53 | Alibaba | Shenzhen Tong Fei Trading Co., Ltd. | sztongfei |
| 54 | Alibaba | Nanjing Tongliao E-Commerce Co., Ltd. | tliaoshop |
| 55 | Alibaba | Shenzhen Manxin Trading Co., Ltd. | toyoepin |
| 56 | Alibaba | Hunan Rongchuang Zhiyuan Network Technology Co., Ltd. | vanelc |
| 57 | Alibaba | Shantou Mingfang Cosmetics Co., Ltd. | vibely |
| 58 | Alibaba | Shenzhen Focalvalue Technology Co., Ltd. | vizgiz |
| 59 | Alibaba | Shantou Xuedai Cosmetics Co., Ltd. | xuedai |
| 60 | Alibaba | Guangzhou Yimei Cosmetics Co., Ltd. | yimei001 |
| 61 | Alibaba | Yiwu Yohe E-Commerce Firm | yohe9 |
| 62 | Alibaba | Shenzhen Ziyoumei Technology Co., Ltd. | ziyoumei |
| 63 | Alibaba | Zhejiang Unice Biotechnology Co. ,ltd. | zjunice |
| 64 | Aliexpress | Shanghai YY Co. Ltd. | 218438 |
| 65 | Aliexpress | ruoman makeup Store | 827043 |
| 66 | Aliexpress | makeanotherface Store | 1114351 |
| 67 | Aliexpress | HLX Store | 1203140 |
| 68 | Aliexpress | Breezy Bud Store | 1383947 |
| 69 | Aliexpress | Beauty Health Expert | 1731034 |
| 70 | Aliexpress | Hot Top-rated Seller | 1819214 |
| 71 | Aliexpress | SANHE NAIL & BEAUTY STORE | 1840031 |
| 72 | Aliexpress | Famous Brand Cosmetics Store | 1936113 |
| 73 | Aliexpress | O.TWO.O Store | 1945379 |
| 74 | Aliexpress | BOLUOYIN Store | 1947856 |
| 75 | Aliexpress | Ou Man li cosmetic store | 2129067 |
| 76 | Aliexpress | Rosalind Beautiful Life Store | 2201002 |
| 77 | Aliexpress | ibcccndc Official Store | 2208001 |
| 78 | Aliexpress | Jiena Store | 2208156 |
| 79 | Aliexpress | Golddess club remix Store | 2336183 |
| 80 | Aliexpress | SHENZHEN Make-up Store | 2383001 |
| 81 | Aliexpress | ^-^ ALL Store | 2657015 |
| 82 | Aliexpress | ibcccndc Manicure Store | 2664196 |
| 83 | Aliexpress | samemay Store | 2694023 |
| 84 | Aliexpress | JJ Liang Store | 2935038 |
| 85 | Aliexpress | Shop2955082 Store | 2955082 |
| 86 | Aliexpress | Delicate Makeup Store | 2959241 |
| 87 | Aliexpress | JIANGHULENG Store | 2968002 |

Case No. 21-cv-23025-BLOOM/Otazo-Reyes

| 88 | Aliexpress | MEIGR Cosmetic Store | 3088086 |
|-----|------------|---------------------|---------|
| 89 | Aliexpress | Wonderland Nail Store | 3092083 |
| 90 | Aliexpress | Shop3217060 Store | 3217060 |
| 91 | Aliexpress | 7XSM Store | 3218131 |
| 92 | Aliexpress | Shop3221083 Store | 3221083 |
| 93 | Aliexpress | Shop3326001 Store | 3326001 |
| 94 | Aliexpress | Aunt Gaby's Store | 3612018 |
| 95 | Aliexpress | Global Dropship Store | 3621111 |
| 96 | Aliexpress | LuFei Makeup Store | 3653086 |
| 97 | Aliexpress | Shop3931004 Store | 3931004 |
| 98 | Aliexpress | Yimei Store | 4033031 |
| 98 | Aliexpress | Yimei Store | 4033031 |
| 99 | Aliexpress | OSHIONER Official Store | 4465003 |
| 100 | Aliexpress | Yoxier-A Store | 4474021 |
| 101 | Aliexpress | Beautiful & Healthy Life Store | 4661066 |
| 102 | Aliexpress | SUCH BEAUTIFUL Store | 4686023 |
| 103 | Aliexpress | Ishinder Store | 4700154 |
| 104 | Aliexpress | TT&ab Store | 4809016 |
| 105 | Aliexpress | Beautymallroom Store | 4836194 |
| 106 | Aliexpress | CHENF Makeup Store | 4885026 |
| 107 | Aliexpress | Hermos Findings Store | 4968101 |
| 108 | Aliexpress | Fantasy Make up Store | 4969100 |
| 109 | Aliexpress | MissBeauty Store | 4986123 |
| 110 | Aliexpress | B&Q Makeup Store | 4990019 |
| 111 | Aliexpress | cn1527447317 Store | 4999129 |
| 112 | Aliexpress | Huawang Store | 4999356 |
| 113 | Aliexpress | Sexy Eyelashes Store | 5003344 |
| 114 | Aliexpress | Beautiful Girl Beautiful Life Store | 5006108 |
| 115 | Aliexpress | LEONIE Store | 5009322 |
| 116 | Aliexpress | VERUCA'S Makeup Store | 5015029 |
| 117 | Aliexpress | Ravishing Makeup Store | 5020020 |
| 118 | Aliexpress | YFox Makeup Store | 5024053 |
| 119 | Aliexpress | dolphins Store | 5043085 |
| 120 | Aliexpress | Rolin Jine 84 Store | 5046158 |
| 121 | Aliexpress | Symphony Store | 5053358 |
| 122 | Aliexpress | Qiyi Makeup Store | 5063103 |
| 123 | Aliexpress | BetterDo Store | 5109050 |
| 124 | Aliexpress | Ur in-Beauty Store | 5115107 |
| 125 | Aliexpress | Yaly Makeup Store | 5129182 |

| 126 | Aliexpress | Makeup Shoppingmall Store | 5200009 |
| 127 | Aliexpress | Women Makeup Lift Store | 5217003 |
| 128 | Aliexpress | Golden Age Store | 5288012 |
| 129 | Aliexpress | A Global Makeup Store | 5373161 |
| 130 | Aliexpress | PINK CALVIN Store | 5376250 |
| 131 | Aliexpress | Beautiful Center Store | 5379096 |
| 132 | Aliexpress | Beautiful Street Store | 5381213 |
| 133 | Aliexpress | SunshineBox Store | 5480189 |
| 134 | Aliexpress | CC Beautiful Make-up Store | 5508060 |
| 135 | Aliexpress | Amaya Makeup Store | 5527095 |
| 136 | Aliexpress | Puroya Store | 5627333 |
| 137 | Aliexpress | METUU Makeup Store | 5676034 |
| 138 | Aliexpress | Glowing girl Store | 5719089 |
| 139 | Aliexpress | S-ource of beauty- Store | 5732237 |
| 140 | Aliexpress | Bellbeautiful Store | 5787068 |
| 141 | Aliexpress | Mayday Makeup Dropshipping Store | 5787266 |
| 142 | Aliexpress | Pretty-Girl Cosmetic Dropship Store | 5788922 |
| 143 | Aliexpress | Younger and Younger Store | 5792690 |
| 144 | Aliexpress | FBEAUTYSALON Store | 5795132 |
| 145 | Aliexpress | DiDi Makeups Dropshipping Store | 5799129 |
| 146 | Aliexpress | BEAUTIFUL LOVER Store | 5835341 |
| 147 | Aliexpress | JellyBear Beautify Makeup Store | 5844031 |
| 148 | Aliexpress | Enchanted Dropshipping Store | 5869308 |
| 149 | Aliexpress | Search-Beauty Store | 5869505 |
| 150 | Aliexpress | ASHOWNER beautiful Store | 910348094 |
| 151 | Aliexpress | BIY Store | 910362101 |
| 152 | Aliexpress | Showbeauty Store | 910367187 |
| 153 | Aliexpress | ASHOWNER BS Center Store | 910543291 |
| 154 | Aliexpress | Ossili OPSLEA Store | 910543381 |
| 155 | Aliexpress | Yan Meijia Store | 910562387 |
| 156 | Aliexpress | Isfriday Go Store | 910604020 |
| 157 | Aliexpress | lakerain Official Store | 910713194 |
| 158 | Aliexpress | Dropshipping 13805763201 Store | 910947062 |
| 159 | Aliexpress | Surprise beautifu Store | 911012002 |
| 160 | Aliexpress | Planet Makeup Store | 911020014 |
| 161 | Aliexpress | Retail Support Store | 911051067 |
| 162 | Aliexpress | BodyCare Store | 911113153 |
| 163 | Aliexpress | BeautyUs Store | 911114025 |
| 164 | Aliexpress | CharmMM Store | 911120017 |

| 165 | Aliexpress | Make up care Store | 911200109 |
|-----|-----------|---------------------|-----------|
| 166 | Aliexpress | Balala Makeup Store | 911226106 |
| 167 | Aliexpress | Be infinite Store | 911238170 |
| 168 | Aliexpress | Shop911265123 Store | 911265123 |
| 169 | Aliexpress | Wumart shop store | 911295034 |
| 170 | Aliexpress | Vime Store | 911299157 |
| 171 | Aliexpress | Luckyplug Store | 911340166 |
| 172 | Aliexpress | Beautiful support Store | 911375257 |
| 173 | Aliexpress | kuaipin Store | 911416059 |
| 174 | Aliexpress | Muchbeauty Store | 911421317 |
| 175 | Aliexpress | Shop911447005 Store | 911447005 |
| 176 | Aliexpress | kuishu life Store | 911510147 |
| 177 | Aliexpress | Professional MakeupArtist Store | 911599334 |
| 178 | Aliexpress | Beaubity makeup Store | 911603001 |
| 179 | Aliexpress | Lunar Makeup Garden Dropship Store | 911658112 |
| 180 | Aliexpress | Excellence Cosmetic Store | 911681028 |
| 181 | Aliexpress | Green Healthy Living Pavilio Store | 911708378 |
| 182 | Aliexpress | Beautiful All The Day Store | 911719013 |
| 183 | Aliexpress | Holasent Global Store | 911751255 |
| 184 | Aliexpress | IU IU Store | 911752980 |
| 185 | Aliexpress | EOYO Store | 911760939 |
| 186 | Aliexpress | Gentlelady Store | 911770127 |
| 187 | Amazon | CRAZY EYEYE | A106XFP3FBZ14Y |
| 188 | Amazon | JPWL | A10LSE7ALWCDMJ |
| 189 | Amazon | fiaoen | A11TTEY1LGPSER |
| 190 | Amazon | Legemax | A124WDFSFBEJ7D |
| 191 | Amazon | WMFM | A1277YLAUHG3E |
| 192 | Amazon | TOP.Beauty | A12NRCK8SDT2CZ |
| 193 | Amazon | DiWeiWeiWuJin | A13AN3HJCLLE0P |
| 194 | Amazon | HaoLiHuaYi | A13C3C5PCTBBPN |
| 195 | Amazon | YXMGC | A14AN01KJ89QFQ |
| 196 | Amazon | Yotown | A14JE8I4UNFVM7 |
| 196 | Amazon | Yotown | A14JE8I4UNFVM7 |
| 197 | Amazon | runzeseny | A15JLMRTGFTXCJ |
| 198 | Amazon | Anhui jiazhihao | A186NTLM795G7T |
| 199 | Amazon | HxBloc | A18CXLPUEPYKUC |
| 200 | Amazon | Mifelio | A18YJD05P3FZBK |
| 201 | Amazon | xinlutong | A190ZETFQG7WZZ |
| 202 | Amazon | Lek Link | A1B2Y2NILROL7R |

| 203 | Amazon | Sunny mountain | A1D5UWIAQ90OWE |
| 204 | Amazon | jovon | A1G6KB8YQU1GT4 |
| 205 | Amazon | Bonniestore | A1IFP93PH8RFAX |
| 206 | Amazon | TOPJIN | A1KQ803DTUS20Y |
| 207 | Amazon | waterfail | A1L49KF643H8C7 |
| 208 | Amazon | ARTIFUN Direct Store | A1MHSK16VPKWQU |
| 209 | Amazon | weimutan | A1O07A4QBWLAZ9 |
| 210 | Amazon | Yuqink | A1P6O2NV8TMMQN |
| 211 | Amazon | Longxan | A1RS9SIEL7DHJA |
| 212 | Amazon | T-shell | A1UHB89K1K4P1K |
| 213 | Amazon | Yanfasy | A1UPTPYDLWEJ9L |
| 214 | Amazon | Palarn | A1UT8XIYLIPRZM |
| 215 | Amazon | WOEUSNDAWQ | A20YS40JON2RS5 |
| 216 | Amazon | Roy Browne | A21DN10EXJBQ6 |
| 217 | Amazon | YUESHI | A22AC8QPV5RUNU |
| 218 | Amazon | Magic Martin | A22JTKIK1CXV3E |
| 219 | Amazon | dongjing2016 | A24RRQLXSS7PKX |
| 220 | Amazon | Famoustore | A2788FZY5FZU2R |
| 221 | Amazon | BEAUTY GLAZED OFFICIAL STORE | A27G2ZWP6EOXM3 |
| 222 | Amazon | TEDBEST | A27KAIVZC33LQK |
| 223 | Amazon | YUiiiil | A2912SD3FFTYX5 |
| 224 | Amazon | Simplehome | A2CWTHOM09NSSA |
| 225 | Amazon | xinqitong | A2DAK2QPDHYHZG |
| 226 | Amazon | meibeibeauty | A2E26ZRVX861LG |
| 227 | Amazon | ZORMIEY | A2EHIM10FFF4O5 |
| 228 | Amazon | YunGoGo | A2GMJ6OKZRRFL7 |
| 229 | Amazon | BNC-QianXun | A2IMEONGPO7VW4 |
| 230 | Amazon | PERFECLAN | A2IZTO71ETFK6W |
| 231 | Amazon | WenFeng Store | A2LV6EQO1DBAKA |
| 232 | Amazon | LiuCdahdz | A2MS6UWE2RA8GF |
| 233 | Amazon | Kailisen | A2Q4TM50K4XW8Q |
| 234 | Amazon | Meng Star | A2VRDFBY5A1A66 |
| 235 | Amazon | menolanaUS | A2XL9F65VRE6S6 |
| 236 | Amazon | Emaatiy | A2YH5W5QHG8SCB |
| 237 | Amazon | Oceex | A2YHUSKFETODT0 |
| 238 | Amazon | Gramard | A2YLSN9M5XNAWU |
| 239 | Amazon | Duevin | A2ZKFEGH6S5Q8L |
| 240 | Amazon | Elisabeh | A33LY10I35KYWV |
| 241 | Amazon | awze4tbs6s | A35DNY6RJ41Y9L |

| 242 | Amazon | Meifen | A36FV7H25QTEO0 |
| 243 | Amazon | zjchao123 | A388EF2JRGUUQ3 |
| 244 | Amazon | Tchenda | A38LS4B8MEYAHQ |
| 245 | Amazon | MansWill | A392PFRJYHJ3WU |
| 246 | Amazon | WantGor | A3B5HBE85NUYDB |
| 247 | Amazon | TRU BEAUTY | A3BH8OHCOQP14T |
| 248 | Amazon | YCNA-3S | A3C5UM5GFMLB6I |
| 249 | Amazon | HongYiShiKongShangMao | A3CI4W7ZKF3UP9 |
| 250 | Amazon | Cooljoo | A3D1FJ29Z7TU85 |
| 251 | Amazon | GracefulVara | A3ENP1AV0Z2WEW |
| 252 | Amazon | Jmkan | A3ERM6B9SX39JY |
| 253 | Amazon | HENGSHUNYUAN | A3FEREC7OIQUJ0 |
| 254 | Amazon | Eyeshadow Store | A3FX719KURRGZN |
| 255 | Amazon | HuaQing | A3GYTCU7HHZ3CG |
| 256 | Amazon | HOFASON Direct Store | A3H851IUFRM9KD |
| 257 | Amazon | Beauty Searcher | A3NFP1NMXBKAGM |
| 258 | Amazon | Wishlisteu | A3NLNJ4DYE1BBG |
| 259 | Amazon | Wipodd | A3NUX55XVZHKMW |
| 260 | Amazon | NUONUO666 | A3P454DSWE7G2P |
| 261 | Amazon | yongyoushangmao123 | A3R1ODLZGQQ883 |
| 262 | Amazon | G-wellway | A3RRXZK3GJG3EJ |
| 263 | Amazon | RUISI | A3SC7SQVQX1TZ1 |
| 264 | Amazon | HCTEC | A3UI7ZCZMS0ECD |
| 265 | Amazon | hailinsong | A3ULZP6702J4AN |
| 266 | Amazon | lujunn | A3VXL6ZSV0TOUD |
| 267 | Amazon | weispo | A3W553I541E0WB |
| 268 | Amazon | KaiLiSen | A4TICJPUKGFA1 |
| 269 | Amazon | WangHuiHui666 | A59R9YOUJMNNO |
| 270 | Amazon | xingwenfeng | AA8TIIFIS773E |
| 271 | Amazon | YanWeiBaiHuo | ABIH6GJ7WOKLY |
| 272 | Amazon | alyou | ABR8W15PTCJHC |
| 273 | Amazon | AOMEISI | AC6VAP57CUELN |
| 274 | Amazon | ZtentDirect | ACM2NP25UY6MT |
| 275 | Amazon | furious-eu | ACRAVQE4VBB9V |
| 276 | Amazon | ZiJianBaiHuo | ACZCQCI9W059U |
| 277 | Amazon | stimer | AGYA07UKQ9DS1 |
| 278 | Amazon | JPMSB | AGYXX5F4L73DL |
| 279 | Amazon | NICEMOVIC-UK | AI7X2FCEB43T4 |
| 280 | Amazon | Funfunman | AIFT4OYE3AEHU |

| 281 | Amazon | astolily | ALIRK4XJKG8NI |
| 282 | Amazon | Sungnel | ALTZET1GWFIUR |
| 283 | Amazon | Hao Yu Tiancheng Technology Co., Ltd | AOTEU0SJ3R56H |
| 284 | Amazon | Mrinbow | APVCAVHHIEJRP |
| 285 | Amazon | KLFGJ | AR8V36AOH2QCJ |
| 286 | Amazon | Btspring | ARIOVNJCEYHES |
| 287 | Amazon | AmoVirg | ASGU5QLWG8XLE |
| 288 | Amazon | DUOERLA US | AT3FNEFCLK5MH |
| 289 | Amazon | YokPollar | AV5R0581LQFPJ |
| 290 | Amazon | goodproduct | AVG9324DDOTCO |
| 291 | Amazon | Emirde | AW49E14KPBYUE |
| 292 | Amazon | Lingsun Tech | AWEWYD6T8LA4J |
| 293 | Amazon | Alluoly | AYON0UHOZ6UVY |
| 294 | Amazon | Okenten | AYSP2JUUXZ73T |
| 295 | Amazon | Yanfashiye | AZEW7FEDMTD1M |
| 296 | Amazon | LaleBeauty | AZEYP0OF5A2HE |
| 297 | DHgate | harrisonjiang | 13989264 |
| 298 | DHgate | Dancingfox | 14081545 |
| 299 | DHgate | Tinalou | 14392925 |
| 300 | DHgate | Xiaobowang1988 | 14424227 |
| 301 | DHgate | iphone12 | 14498819 |
| 302 | DHgate | Dys Airwrap | 14498958 |
| 303 | DHgate | Movie Store | 14500675 |
| 304 | DHgate | OPEC | 14770346 |
| 305 | DHgate | Meinow Cosmetics Foreign Trade Co. Ltd | 14772367 |
| 306 | DHgate | hope13 | 17939065 |
| 307 | DHgate | buymall | 19758447 |
| 308 | DHgate | Wholesale trade | 19953959 |
| 309 | DHgate | bettermall | 20024879 |
| 310 | DHgate | Jinzhong | 20055641 |
| 311 | DHgate | bawanbian | 20061381 |
| 312 | DHgate | beautylove08 | 20062558 |
| 313 | DHgate | topsofwholesale | 20116704 |
| 314 | DHgate | ruby_one | 20141318 |
| 315 | DHgate | Fetzorro Makeup Store | 20166543 |
| 316 | DHgate | Tamax Beauty Tool | 20179364 |
| 317 | DHgate | Dhgate_dvd | 20216209 |
| 318 | DHgate | Charmer Beauty | 20244405 |

Case No. 21-cv-23025-BLOOM/Otazo-Reyes

| 319 | DHgate | cinda03 | 20323253 |
|-----|--------|---------|----------|
| 320 | DHgate | blueberry01 | 20325399 |
| 321 | DHgate | Sophine01 | 20329146 |
| 322 | DHgate | Hcy988520 | 20386042 |
| 323 | DHgate | Sellerluky | 20391832 |
| 324 | DHgate | hanlin_chen | 20425957 |
| 325 | DHgate | Sz_redrose | 20508717 |
| 326 | DHgate | james_zeng | 20509341 |
| 327 | DHgate | Jennyzheng0923 | 20613341 |
| 328 | DHgate | Mygaid | 20621945 |
| 329 | DHgate | Mayamiya | 20622022 |
| 330 | DHgate | health_makeup | 20625665 |
| 331 | DHgate | pair | 20656125 |
| 332 | DHgate | Addy88 Hudabeauty | 20722256 |
| 333 | DHgate | Feiyu003 | 20733474 |
| 334 | DHgate | Feiyu004 | 20733476 |
| 335 | DHgate | Feiyu007 | 20734547 |
| 336 | DHgate | Cosmetic_beauty | 20740691 |
| 337 | DHgate | fashion_show2017 | 20749312 |
| 338 | DHgate | Glow Cosmetics | 20758432 |
| 339 | DHgate | dhgate_yin | 20771477 |
| 340 | DHgate | oyyt520 | 20987825 |
| 341 | DHgate | mc_eye | 21028563 |
| 342 | DHgate | oem1 | 21034275 |
| 343 | DHgate | Oemakeup | 21059812 |
| 344 | DHgate | Beauty Makeup Brushes | 21107236 |
| 345 | DHgate | alawaysmakeup | 21156707 |
| 346 | DHgate | dhbeautycare | 21158248 |
| 347 | DHgate | beautycreation | 21158328 |
| 348 | DHgate | onefeel | 21186772 |
| 349 | DHgate | Chen19731010 | 21213507 |
| 350 | DHgate | ch1973 | 21213796 |
| 351 | DHgate | Goodlookings | 21223556 |
| 352 | DHgate | Wanghongmei8888 | 21259675 |
| 353 | DHgate | Sinospeedbeauty | 21267121 |
| 354 | DHgate | cycdistribution | 21296990 |
| 355 | DHgate | Zizi191010 | 21399266 |
| 356 | DHgate | Feelingwell1 | 21557453 |
| 357 | DHgate | makeup2021 | 21580922 |

| 358 | DHgate | Xuehstore | 21630977 |
| 359 | DHgate | figure925 | 21666829 |
| 360 | eBay | 5073283 | 5073283 |
| 361 | eBay | 1st.ing | 1st.ing |
| 362 | eBay | 2018outdoorman | 2018outdoorman |
| 363 | eBay | 2020friendshi-31 | 2020friendshi-31 |
| 364 | eBay | abala.coco | abala.coco |
| 365 | eBay | acesports88 | acesports88 |
| 366 | eBay | auto*home | auto*home |
| 367 | eBay | bestmall99 | bestmall99 |
| 368 | eBay | bestshopbestdeals4you | bestshopbestdeals4you |
| 369 | eBay | betoplxt | betoplxt |
| 370 | eBay | bhui43 | bhui43 |
| 371 | eBay | celon_bay | celon_bay |
| 372 | eBay | chunhua68 | chunhua68 |
| 373 | eBay | chunhua98 | chunhua98 |
| 374 | eBay | coolcargo68 | coolcargo68 |
| 375 | eBay | crafindustrial*us | crafindustrial*us |
| 376 | eBay | deimantst1334 | deimantst1334 |
| 377 | eBay | dinshunwei | dinshunwei |
| 378 | eBay | e-boutiquegoal | e-boutiquegoal |
| 379 | eBay | easy-trade365 | easy-trade365 |
| 380 | eBay | elegant558 | elegant558 |
| 381 | eBay | excellbuying | excellbuying |
| 382 | eBay | extraxp | extraxp |
| 383 | eBay | ezyarts_2020 | ezyarts_2020 |
| 384 | eBay | flame851 | flame851 |
| 385 | eBay | gelivable.2u | gelivable.2u |
| 386 | eBay | gho-store | gho-store |
| 387 | eBay | glaryyears | glaryyears |
| 388 | eBay | goodvibe-store | goodvibe-store |
| 389 | eBay | greatseller66 | greatseller66 |
| 390 | eBay | greenlife2021 | greenlife2021 |
| 391 | eBay | hailicare | hailicare |
| 392 | eBay | happtimee | happtimee |
| 393 | eBay | hmfm46 | hmfm46 |
| 394 | eBay | huaruishop | huaruishop |
| 395 | eBay | huasharenmin2013 | huasharenmin2013 |
| 396 | eBay | humaker | humaker |

Case No. 21-cv-23025-BLOOM/Otazo-Reyes

| 397 | eBay | imailw | imailw |
| 398 | eBay | industrial_tools | industrial_tools |
| 399 | eBay | industrial*equipment | industrial*equipment |
| 400 | eBay | jiayukj66 | jiayukj66 |
| 401 | eBay | junyuu-good-goods | junyuu-good-goods |
| 402 | eBay | kartikfashion | kartikfashion |
| 403 | eBay | keceshe | keceshe |
| 404 | eBay | kktchathu | kktchathu |
| 405 | eBay | kunjiadaren | kunjiadaren |
| 406 | eBay | lady_care99 | lady_care99 |
| 407 | eBay | leihuyoumechenger | leihuyoumechenger |
| 408 | eBay | lilybeibei | lilybeibei |
| 409 | eBay | lilyscollection | lilyscollection |
| 410 | eBay | lixunte | lixunte |
| 411 | eBay | lucky_everyday | lucky_everyday |
| 412 | eBay | magzyyd98 | magzyyd98 |
| 413 | eBay | minseaa | minseaa |
| 414 | eBay | motors_parts | motors_parts |
| 415 | eBay | neteey | neteey |
| 416 | eBay | nifengfanpa | nifengfanpa |
| 417 | eBay | oneshot77-7 | oneshot77-7 |
| 418 | eBay | panda12345 | panda12345 |
| 419 | eBay | patapom | patapom |
| 420 | eBay | priestlyy | priestlyy |
| 421 | eBay | qingfa869 | qingfa869 |
| 422 | eBay | senyushoud | senyushoud |
| 423 | eBay | shibaynu | shibaynu |
| 424 | eBay | shuangjingl | shuangjingl |
| 425 | eBay | sunnyxkx815 | sunnyxkx815 |
| 426 | eBay | takehold | takehold |
| 427 | eBay | takiya2018 | takiya2018 |
| 428 | eBay | taoyoumehgfd | taoyoumehgfd |
| 429 | eBay | tdcq888 | tdcq888 |
| 430 | eBay | tengda-2020 | tengda-2020 |
| 431 | eBay | tictac88 | tictac88 |
| 432 | eBay | uklichu66 | uklichu66 |
| 433 | eBay | unicom2087 | unicom2087 |
| 434 | eBay | usuk2018 | usuk2018 |
| 435 | eBay | waldpcraik6868 | waldpcraik6868 |

| 436 | eBay | wannantobe | wannantobe |
|-----|------|------------|------------|
| 437 | eBay | woowdo-store | woowdo-store |
| 438 | eBay | yhxclx2010 | yhxclx2010 |
| 439 | eBay | yummyou | yummyou |
| 440 | eBay | zengshop2020 | zengshop2020 |
| 441 | eBay | zestore042 | zestore042 |
| 442 | Joom | Super Deals Store | 1463735309719057672-129-3-553-2425712568 |
| 443 | Joom | Nonja | 1482806517562966878-235-3-629-2641561530 |
| 444 | Joom | Sunshine Store | 1495271727111120226-245-3-26193-697943731 |
| 445 | Joom | tongstore | 1498447278702435510-18-3-709-1009905701 |
| 446 | Joom | ououbuy | 1498448520817877703-12-3-709-3540499650 |
| 447 | Joom | Turefans | 1498448568567452462-184-3-26193-2749933563 |
| 448 | Joom | Hot-beauty | 1504507345417664913-26-3-26193-2882540726 |
| 449 | Joom | Supfire | 1504583198297883100-65-3-709-3755759836 |
| 450 | Joom | Lameila | 1504589711615614587-31-3-709-1105471990 |
| 451 | Joom | One Book | 1508375567613042235-219-3-26193-4265042525 |
| 452 | Joom | Fashion Fashion | 1508375652274600152-182-3-709-2534907945 |
| 453 | Joom | You Beautiful | 1508375732060455670-153-3-26193-886701143 |
| 454 | Joom | SkyFly | 1515555442173226996-116-3-39131-3420773359 |
| 455 | Joom | Mango Event | 1521714970641579175-125-3-39131-3895076582 |
| 456 | Joom | Fashion Makeup Mall | 1522056023510885972-37-3-26193-1978635281 |
| 457 | Joom | hellobeauty | 5aced13a1436d40371b86b74 |
| 458 | Joom | BLUETHIN | 5af25f2b8b451303af652af0 |
| 459 | Joom | We Need Fighting | 5b233a718b451303a579504a |
| 460 | Joom | Tenager | 5b3b30c81436d4012f3487de |
| 461 | Joom | Art Salon | 5b5031aa1436d40320430908 |
| 462 | Joom | Fayeho | 5b5824718b2c3703467710b8 |
| 463 | Joom | My Name Is | 5b62b8ba1436d403e204271c |

| 464 | Joom | ComeCome | 5b62b9b51436d403e2042eaf |
| 465 | Joom | JJewelry2024 | 5b62ba3e1436d403e2043513 |
| 466 | Joom | RoManMen | 5b62ba538b2c3703ce30f4a3 |
| 467 | Joom | Caromeo | 5b7be97f8b451303a6f5b3e3 |
| 468 | Joom | Super Beauty Still | 5ba45ff68b2c370309bb8fa1 |
| 469 | Joom | Digital SSDD | 5becdc9128fc710327690f67 |
| 470 | Joom | Carmar | 5c75006136b54d0301cb0fa4 |
| 471 | Joom | Ssweety | 5cd90a5f8b2c37030180c74a |
| 472 | Joom | The Girl Beauty Store | 5ce2246e1436d403011fb8ab |
| 473 | Joom | BeautyClick | 5d67aebb8b2c370301532761 |
| 474 | Joom | Deja Vuu | 5dcb68538b2c370301429380 |
| 475 | Joom | DYS Stationery | 5dee04a828fc710301127a7d9 |
| 476 | Joom | Holiday Fashion | 5df82aac36b54d03011e2122 |
| 477 | Joom | Dream to NewYork | 5df82ac41436d4030183844 |
| 478 | Joom | Space Love | 5df82bee28fc710301dc7b12 |
| 479 | Joom | ZHAO FAN-Beauty 2 | 5e42404a1436d4030134146c |
| 480 | Joom | Amazing China Product | 5e50a57628fc710301c9e986 |
| 481 | Joom | Glamour world | 5e54ed6b1436d40301c6af52 |
| 482 | Joom | Ewayaya | 5f1e3a8f5ff42c0306e7576c |
| 483 | Joom | ANSER Health Beauty | 5f3ccc46d0f0bd0306b97e1f |
| 484 | Joom | He WindGod | 600be533e4bf490006404832 |
| 491 | Wish | CosLink Cosmetics | 540414411d2d435c5a2ff020 |
| 492 | Wish | shenzhenyuncai | 54661b089719cd0b04cf4256 |
| 493 | Wish | Best Nobel | 54fe8ad665401d5a5dd49ad7 |
| 494 | Wish | Flagship Store | 551b8448d07c5a0da7d49bf8 |
| 495 | Wish | meimanquanqiu | 552cef43af8eab0c0a631a1b |
| 496 | Wish | Fashion & Beauty Mall | 5572934814800f1a03705ede |
| 497 | Wish | Xianghui Technology Co.,LTD | 55939f1af702cb4056d49ebc |
| 498 | Wish | MM. miao international is an authorized merchant | 55ad260ce85f28485c5fc5eb |
| 499 | Wish | lovinghouse68 | 55b6f03b6d3b8d39d8d72399 |
| 500 | Wish | Pedestrian | 56d0370f8bd26e54bcc5c30f |
| 501 | Wish | Buy_Easy | 57494346232ca05cbe15c5ec |
| 502 | Wish | HLLIGHT | 5806c8c91556b00d9e586d5c |
| 503 | Wish | rxhjessica | 580eefcbf9414f195fd3b423 |
| 504 | Wish | gengxiaoyue | 581c8b4de9f33e41ceeac904 |
| 505 | Wish | Out of world | 58356d2b93d7622565895b09 |
| 506 | Wish | cloud and sea shopping | 58a1b53d92cf4d5009e57c84 |
| 507 | Wish | ebrmh | 58ce7b0c06f117507e582bc2 |
| 508 | Wish | goguobrset | 58e60acdbbaa941048213116 |

| 509 | Wish | JanuaryStore | 58f9903e509aa41404d41ca5 |
| 510 | Wish | Attractive Queen | 58ff31262d9f0e23945ff42d |
| 511 | Wish | pipib | 591ea5d84d2ede26191ae470 |
| 512 | Wish | Yanfeng Living museum | 5925555b2cd9447854443c41 |
| 513 | Wish | World Deal 998 | 59342a9179cd7753828918c2 |
| 514 | Wish | YBY666 | 5938fe8c97555e2f3720bdc5 |
| 515 | Wish | qiu1+1 | 594fc479e455101a6422238b |
| 516 | Wish | Kelly0212 | 595109f4c25081797945c2a0 |
| 517 | Wish | More than wood creative household | 595203cfa26f6e5ac4d1173e |
| 518 | Wish | weixiuna | 595cc0d9c250814abde9ac3e |
| 519 | Wish | noNoMore | 597832d9171974375c255304 |
| 520 | Wish | Alex001 | 597f0944ae228e6cfbabefd6 |
| 521 | Wish | 1076234871 | 5a43b631ad47231acd1923e2 |
| 522 | Wish | ASD5ADSXC012 | 5a6c18035349201cb31f8e30 |
| 523 | Wish | yuanyuanliangyidian | 5a7aebde417cee370ac1b81e |
| 524 | Wish | dropsales | 5aaa910515511a69a8c9d802 |
| 525 | Wish | avesales | 5aaa9b31823a3e69653e113f |
| 526 | Wish | PUDUBaby | 5aba540db9605f48d11b5c9c |
| 527 | Wish | Andruimotherandbabydailynecessities | 5acc831f9722333e53d0a745 |
| 528 | Wish | happyyx | 5ad2b15975599a6960e720f1 |
| 529 | Wish | BOTANv332 | 5ad58145c1d5184b1bb5e4f4 |
| 530 | Wish | lidenwei | 5add96bb0e63fa2231d59edc |
| 531 | Wish | liujunnan | 5af25181ca923e4dfa4771d8 |
| 532 | Wish | lkjijb | 5b0632005920696ec8e59fa8 |
| 533 | Wish | pinanbaihuo | 5b10b786a561561bdd72e853 |
| 534 | Wish | luxuanyue | 5b14a428039e0a1a5f05f004 |
| 535 | Wish | Professional Hair Beauty Store | 5b28aa5f7b94e12572af0519 |
| 536 | Wish | yiaiqing13520 | 5b2dbd15eae8b476e13db980 |
| 537 | Wish | JIyumei0009 | 5b3494df3fa6732be7b9ab62 |
| 538 | Wish | J33qiang | 5b4b157c576c056656717e1a |
| 539 | Wish | QIAN HAI TONGS MO | 5b53ee660fa369253b11f7d2 |
| 540 | Wish | shishangmamazhuang | 5b5a987e67fd603e649e4004 |
| 541 | Wish | A good girl shop | 5b5beb605d12795ce08e53fd |
| 542 | Wish | Jiaguoshuaiaaa | 5b5d3086087391348c4f660c |
| 543 | Wish | AVIVA1223 | 5b607f2dbeb9724b663441a3 |
| 544 | Wish | gentle and warm home | 5b6560c603523d3caa823228 |
| 545 | Wish | Lucky Jewels Gong888 | 5b65bba1105a375a66635f8c |
| 546 | Wish | sunny168 | 5b6bb504a12c842647e9eabf |
| 547 | Wish | dingdangxiaopushoujike | 5b712b60b0829f16e777bec1 |

| 548 | Wish | qinling1973 | 5b751857f23ab12e18287de0 |
| 549 | Wish | KanshanAjana | 5b7a7c18ba97fb4c5670711a |
| 550 | Wish | milubumilu | 5b7bde831f9e92239eb29b8c |
| 551 | Wish | luyun12345678 | 5b8155ee1785df4432fd32ee |
| 552 | Wish | liyu from | 5b84fb91a8c53a68f1cdc69e |
| 553 | Wish | PKGoodGoods | 5b891b8f2eb51f18073ab2e4 |
| 554 | Wish | Sawlong | 5b89397ba3b4ea71fd605f6c |
| 555 | Wish | rryyang | 5b8a37f82eb51f410e302655 |
| 556 | Wish | LabcWdfhjryMorld | 5b8b7bdcaf279f4616366f76 |
| 557 | Wish | xtz1986n | 5b8ccdf37fc4701637ed1cef |
| 558 | Wish | XXFxxffang | 5b90cdf7b5c92c032284ef78 |
| 559 | Wish | linnadai80 | 5b9ba82a262c9b16633729db |
| 560 | Wish | BAISEN | 5bdc12654c2fda1747742c82 |
| 561 | Wish | AAAAAstoreplus | 5c24763cae366b299d8fd2c0 |
| 562 | Wish | haotian888 | 5d3a63852506553c841d5739 |
| 563 | Wish | doublegunJ | 5d412cd7e4b65d6b9c0c7427 |
| 564 | Wish | BBYY Musical Instrument Store | 5d424e22838897708846e700 |
| 565 | Wish | Star Commodity Store | 5d425cc6838897759246e615 |
| 566 | Wish | Manliving tools | 5d429fb9838897038229ec58 |
| 567 | Wish | Yummy foods | 5d43d5914c785563dfe59da6 |
| 568 | Wish | yanbabyy | 5d43da1472b0c9635ad028f9 |
| 569 | Wish | daheiwu | 5d44d75c70327a0d44ef2faa |
| 570 | Wish | lingdongyoushi | 5d4ce6661d9a8e6d69e62ff8 |
| 571 | Wish | yanwoshishangxiedian | 5d4d40e27edfad21764e562a |
| 572 | Wish | wulijuan666 | 5d4d57ec7ad2425e971d3a7f |
| 573 | Wish | wjsbhsjwj | 5d4d5fd28388976b33e6b7f1 |
| 574 | Wish | Ling Wei | 5d50fbd27ad2425c41f72c91 |
| 575 | Wish | italynbest | 5d525db715275428ee5fdfbe |
| 576 | Wish | yjhfytkj | 5d53bc8215275432bf801a53 |
| 577 | Wish | fcqix66 | 5d56d660560eca7d7d029f57 |
| 578 | Wish | mzugg83 | 5d56dcc34a4e226184dbc467 |
| 579 | Wish | mkyyulhjh | 5d591081560eca48d7eec8b7 |
| 580 | Wish | zhongchuanlong1 | 5d5a4d3eae9d606da51e4e67 |
| 581 | Wish | CHENNAH | 5d5df47540defd0f5d25a110 |
| 582 | Wish | Type Na la la tolese | 5d8056078c8dc7787dca26f1 |
| 583 | Wish | Lilansy babytoys | 5d8849f0a9356a2f80a82373 |
| 584 | Wish | huang2019929 | 5d8ca07302ce6333f1bb3264 |
| 585 | Wish | penjinditai | 5d9003fa355b0c36acb84c54 |
| 586 | Wish | Xiruoguniang | 5d95742878488947c56c28ee |

Case No. 21-cv-23025-BLOOM/Otazo-Reyes

| 587 | Wish | diapinliutan | 5d95b45952e0247c86bf606d |
| 588 | Wish | Stonesbaoyuj | 5d96d5c1c095e16d3129fe7f |
| 589 | Wish | dubupinling | 5d99984b7f8b0951d5f5aa33 |
| 590 | Wish | Sinaru nico pintone | 5d99fc5fe966812b1760291b |
| 591 | Wish | Vansen pino pink | 5d9c42aec095e12306064194 |
| 592 | Wish | Boon Beng Bong | 5dbe44450140ee3a6950eb8b |
| 593 | Wish | jianyipingfeng | 5de10d86c0edfa18019ef75b |
| 594 | Wish | HONGFEN STORE | 5de1e3cdc0edfa365d9ef643 |
| 595 | Wish | dieyingximen | 5dee010f89ccae05399a7fe4 |
| 596 | Wish | fashion0806 | 5e06fd3a8bf321015256d645 |
| 597 | Wish | liufangfang123321 | 5e2139eb773a060a6c85a3f5 |
| 598 | Wish | tangqing147258 | 5e2144a929e7867664036bbd |
| 599 | Wish | zengyuan66o85 | 5e243a4f29e7862e8b4cdff3 |
| 600 | Wish | Tans stater gualsee | 5e74e52579a443c357f0cbc |
| 601 | Wish | lihuashangmao | 5e5775e61f06335d18f08ba8 |
| 602 | Wish | Randy International | 5e5b80ea396bfff929cb1b46 |
| 603 | Wish | ganxinhuanying | 5e60892dd0e9afee17142f9a |
| 604 | Wish | guanzhu | 5e60dc4eec5cd33ca841301e |
| 605 | Wish | wencaiguidai | 5e60ed524755cc494325a9b9 |
| 606 | Wish | CQLSVC | 5e6873e62fb13f0b010b7824 |
| 607 | Wish | IOYIXOYXLSL | 5e69e68ab6b8da13000f1e2a |
| 608 | Wish | wagnneeredward | 5e6b0baa5599970e8313b7d6 |
| 609 | Wish | yousrgifts | 5e89836002e0171c6d828c00 |
| 610 | Wish | Magic Beach | 5e8d4039adcdcc340187b8ad |
| 611 | Wish | Ecstasy Rose | 5eb033ebe3e3ac6183f7a089 |
| 612 | Wish | Haynes Brian | 5f524549f3bbc10a5952e571 |
| 613 | Wish | janick.connelly is an authorized merchant | 5f6655deab83be5d101b91a8 |
| 614 | Wish | coralie.crist | 5f665aa72f66f3cea4951e94 |
| 615 | Wish | jiaxinyu1234 | 5faf45e03229e21874e30b14 |
| 616 | Wish | onverzade | 5fcd8959f896580048695884 |
| 617 | Wish | asien | 5fd05cb84de53d500464f418 |
| 618 | Wish | gerstedr | 5fd1c9f64b35fb6ca6b25c07 |
| 619 | Wish | schachspielers | 5fd1cbbd344af27070928bfd |
| 620 | Wish | gratte | 5fd1cde44b35fb74c3b25466 |
| 621 | Wish | gordisches | 5fd1ed10d2889647dedca031 |
| 622 | Wish | johousei | 5fd1f310b2171d9d6a57d5dd |
| 623 | Wish | terahertzes | 5fd1f8a149eb6851068a77d3 |
| 624 | Wish | Copsrew | 5fd707531fd1ff004e212c69 |
| 625 | Wish | Beedlectricstoy | 5ffcc5df00d57e797e813ec6 |

| 626 | Wish | zhangfan2764 | 603af9a8f82e66262c6c254f |