# SCHEDULE A

| Defendant No. | Marketplace | Defendant Name |
|---|---|---|
| 2 | Alibaba | Shenzhen Oner Technology Co., Limited |
| 4 | Alibaba | Hangzhou Shibode Technology Co., Ltd. |
| 5 | Alibaba | Zhejiang Chloven Cosmetics Co., Ltd. |
| 6 | Alibaba | Zhengzhou Zhengdong New District Youke Convenience Firm |
| 8 | Alibaba | Shenzhen Tong Fei Trade Co., Ltd. |
| 9 | Alibaba | Guangzhou Cong Mei Biotechnology Co., Ltd. |
| 11 | Alibaba | Hebei Changshan Hyaluronic Biotech Co., Ltd. |
| 15 | Alibaba | Guangzhou Sanbanfu Biotechnology Co., Ltd. |
| 16 | Alibaba | Foshan Rose Charming Trading Co., Ltd. |
| 17 | Alibaba | Shenzhen Gomore E-Commerce Co., Ltd. |
| 18 | Alibaba | Guangzhou Mingyuan Trading Co., Ltd. |
| 19 | Alibaba | Guangzhou Shangqiao International Trade Co., Ltd. |
| 21 | Alibaba | Guangdong Haoyang Biotechnology Co., Ltd. |
| 22 | Alibaba | Shenzhen Hengqing Biotechnology Co., Ltd. |
| 24 | Alibaba | Shenzhen Hengrui Fangzun Trading Co., Ltd. |
| 25 | Alibaba | Shenzhen Hengyi Technology Co., Ltd. |
| 26 | Alibaba | Guangzhou Huapan Cosmetics Co., Ltd. |
| 28 | Alibaba | Shenzhen Ipro Lifestyle Co., Ltd. |
| 29 | Alibaba | Guangzhou Hoonni Bio Technology Co., Ltd. |
| 30 | Alibaba | Dongguan Gioriun Industry Co., Ltd. |
| 32 | Alibaba | Guangzhou Liaoyuan International Trade Co., Ltd. |
| 33 | Alibaba | Market Union Co., Ltd. |
| 35 | Alibaba | Shenzhen Meinuo Fortune Technology Co., Ltd. |
| 40 | Alibaba | Shanxi Nanxuelei Biological Technology Co., Ltd. |
| 41 | Alibaba | Linyi Njian Intelligent Technology Co., Ltd. |
| 44 | Alibaba | Zhejiang Pure Cosmetics Co., Ltd. |
| 45 | Alibaba | Guangzhou Shangqiao International Trade Co., Ltd. |
| 46 | Alibaba | Quanzhou Shanying Import And Export Trade Co., Ltd. |
| 48 | Alibaba | Shenzhen Rvtop Technology Co., Ltd. |
| 49 | Alibaba | Guangzhou Shangqiao International Trade Co., Ltd. |
| 50 | Alibaba | Xiamen Sunbeam Industries Ltd. |
| 51 | Alibaba | Shanxi Meila Bio-Tech Co., Ltd. |
| 52 | Alibaba | Shenzhen Century Jinchen Technology Co., Ltd. |
| 54 | Alibaba | Nanjing Tongliao E-Commerce Co., Ltd. |
| 55 | Alibaba | Shenzhen Manxin Trading Co., Ltd. |
| 56 | Alibaba | Hunan Rongchuang Zhiyuan Network Technology Co., Ltd. |
| 58 | Alibaba | Shenzhen Focalvalue Technology Co., Ltd. |
| 59 | Alibaba | Shantou Xuedai Cosmetics Co., Ltd. |

| 60 | Alibaba | Guangzhou Yimei Cosmetics Co., Ltd. |
|---|---|---|
| 61 | Alibaba | Yiwu Yohe E-Commerce Firm |
| 62 | Alibaba | Shenzhen Ziyoumei Technology Co., Ltd. |
| 63 | Alibaba | Zhejiang Unice Biotechnology Co. ,ltd. |
| 64 | Aliexpress | Shanghai YY Co. Ltd. |
| 65 | Aliexpress | ruoman makeup Store |
| 66 | Aliexpress | makeanotherface Store |
| 68 | Aliexpress | Breezy Bud Store |
| 69 | Aliexpress | Beauty Health Expert |
| 72 | Aliexpress | Famous Brand Cosmetics Store |
| 73 | Aliexpress | O.TWO.O Store |
| 74 | Aliexpress | BOLUOYIN Store |
| 75 | Aliexpress | Ou Man li cosmetic store |
| 76 | Aliexpress | Rosalind Beautiful Life Store |
| 77 | Aliexpress | ibcccndc Official Store |
| 78 | Aliexpress | Jiena Store |
| 79 | Aliexpress | Golddess club remix Store |
| 80 | Aliexpress | SHENZHEN Make-up Store |
| 81 | Aliexpress | ^-^ ALL Store |
| 82 | Aliexpress | ibcccndc Manicure Store |
| 84 | Aliexpress | JJ Liang Store |
| 85 | Aliexpress | Shop2955082 Store |
| 86 | Aliexpress | Delicate Makeup Store |
| 87 | Aliexpress | JIANGHULENG Store |
| 88 | Aliexpress | MEIGR Cosmetic Store |
| 89 | Aliexpress | Wonderland Nail Store |
| 90 | Aliexpress | Shop3217060 Store |
| 91 | Aliexpress | 7XSM Store |
| 92 | Aliexpress | Shop3221083 Store |
| 93 | Aliexpress | Shop3326001 Store |
| 94 | Aliexpress | Aunt Gaby's Store |
| 97 | Aliexpress | Shop3931004 Store |
| 98 | Aliexpress | Yimei Store |
| 99 | Aliexpress | OSHIONER Official Store |
| 101 | Aliexpress | Beautiful & Healthy Life Store |
| 102 | Aliexpress | SUCH BEAUTIFUL Store |
| 103 | Aliexpress | Ishinder Store |
| 104 | Aliexpress | TT&ab Store |
| 105 | Aliexpress | Beautymallroom Store |
| 106 | Aliexpress | CHENF Makeup Store |
| 107 | Aliexpress | Hermos Findings Store |

| 108 | Aliexpress | Fantasy Make up Store |
|---|---|---|
| 109 | Aliexpress | MissBeauty Store |
| 110 | Aliexpress | B&Q Makeup Store |
| 111 | Aliexpress | cn1527447317 Store |
| 112 | Aliexpress | Huawang Store |
| 113 | Aliexpress | Sexy Eyelashes Store |
| 114 | Aliexpress | Beautiful Girl Beautiful Life Store |
| 116 | Aliexpress | VERUCA'S Makeup Store |
| 117 | Aliexpress | Ravishing Makeup Store |
| 118 | Aliexpress | YFox Makeup Store |
| 119 | Aliexpress | dolphins Store |
| 120 | Aliexpress | Rolin Jine 84 Store |
| 122 | Aliexpress | Qiyi Makeup Store |
| 123 | Aliexpress | BetterDo Store |
| 124 | Aliexpress | Ur in-Beauty Store |
| 125 | Aliexpress | Yaly Makeup Store |
| 126 | Aliexpress | Makeup Shoppingmall Store |
| 127 | Aliexpress | Women Makeup Lift Store |
| 128 | Aliexpress | Golden Age Store |
| 129 | Aliexpress | A Global Makeup Store |
| 130 | Aliexpress | Pink Calvin Store |
| 131 | Aliexpress | Beautiful Center Store |
| 132 | Aliexpress | Beautiful Street Store |
| 133 | Aliexpress | SunshineBox Store |
| 134 | Aliexpress | CC Beautiful Make-up Store |
| 137 | Aliexpress | METUU Makeup Store |
| 139 | Aliexpress | S-ource of beauty- Store |
| 142 | Aliexpress | Pretty-Girl Cosmetic Dropship Store |
| 143 | Aliexpress | Younger and Younger Store |
| 144 | Aliexpress | FBEAUTYSALON Store |
| 145 | Aliexpress | DiDi Makeups Dropshipping Store |
| 146 | Aliexpress | BEAUTIFUL LOVER Store |
| 148 | Aliexpress | Enchanted Dropshipping Store |
| 149 | Aliexpress | Search-Beauty Store |
| 150 | Aliexpress | ASHOWNER beautiful Store |
| 151 | Aliexpress | BIY Store |
| 152 | Aliexpress | Showbeauty Store |
| 153 | Aliexpress | ASHOWNER BS Center Store |
| 154 | Aliexpress | Ossili OPSLEA Store |
| 155 | Aliexpress | Yan Meijia Store |
| 156 | Aliexpress | Isfriday Go Store |

| 157 | Aliexpress | lakerain Official Store |
|---|---|---|
| 158 | Aliexpress | Dropshipping 13805763201 Store |
| 159 | Aliexpress | Surprise beautifu Store |
| 160 | Aliexpress | Planet Makeup Store |
| 161 | Aliexpress | Retail Support Store |
| 162 | Aliexpress | BodyCare Store |
| 163 | Aliexpress | BeautyUs Store |
| 164 | Aliexpress | CharmMM Store |
| 165 | Aliexpress | Make up care Store |
| 166 | Aliexpress | Balala Makeup Store |
| 167 | Aliexpress | Be infinite Store |
| 168 | Aliexpress | Shop911265123 Store |
| 169 | Aliexpress | Wumart shop store |
| 170 | Aliexpress | Vime Store |
| 171 | Aliexpress | Luckyplug Store |
| 172 | Aliexpress | Beautiful support Store |
| 173 | Aliexpress | kuaipin Store |
| 174 | Aliexpress | Muchbeauty Store |
| 175 | Aliexpress | Shop911447005 Store |
| 176 | Aliexpress | kuishu life Store |
| 177 | Aliexpress | Professional MakeupArtist Store |
| 178 | Aliexpress | Beaubity makeup Store |
| 180 | Aliexpress | Excellence Cosmetic Store |
| 181 | Aliexpress | Green Healthy Living Pavilio Store |
| 183 | Aliexpress | Holasent Global Store |
| 184 | Aliexpress | IU IU Store |
| 185 | Aliexpress | EOYO Store |
| 186 | Aliexpress | Gentlelady Store |
| 187 | Amazon | CRAZY EYEYE |
| 188 | Amazon | JPWL |
| 189 | Amazon | fiaoen |
| 190 | Amazon | Legemax |
| 192 | Amazon | TOP.Beauty |
| 193 | Amazon | DiWeiWeiWuJin |
| 194 | Amazon | HaoLiHuaYi |
| 197 | Amazon | runzeseny |
| 198 | Amazon | Anhui jiazhihao |
| 200 | Amazon | Mifelio |
| 203 | Amazon | Sunny mountain |
| 204 | Amazon | jovon |
| 206 | Amazon | TOPJIN |

| 207 | Amazon | waterfail |
| --- | --- | --- |
| 208 | Amazon | ARTIFUN Direct Store |
| 209 | Amazon | weimutan |
| 211 | Amazon | Longxan |
| 215 | Amazon | WOEUSNDAWQ |
| 216 | Amazon | Roy Browne |
| 219 | Amazon | dongjing2016 |
| 220 | Amazon | Famoustore |
| 222 | Amazon | TEDBEST |
| 223 | Amazon | YUiiiil |
| 224 | Amazon | Simplehome |
| 225 | Amazon | xinqitong |
| 236 | Amazon | Emaatiy |
| 237 | Amazon | Oceex |
| 238 | Amazon | Gramard |
| 240 | Amazon | Elisabeh |
| 248 | Amazon | YCNA-3S |
| 249 | Amazon | HongYiShiKongShangMao |
| 253 | Amazon EU | HENGSHUNYUAN |
| 254 | Amazon | Eyeshadow Store |
| 256 | Amazon | HOFASON Direct Store |
| 257 | Amazon EU | Beauty Searcher |
| 259 | Amazon | Wipodd |
| 261 | Amazon | yongyoushangmao123 |
| 265 | Amazon | hailinsong |
| 266 | Amazon | lujunn |
| 269 | Amazon | WangHuiHui666 |
| 271 | Amazon | YanWeiBaiHuo |
| 274 | Amazon | ZtentDirect |
| 276 | Amazon | ZiJianBaiHuo |
| 277 | Amazon | stimer |
| 278 | Amazon | JPMSB |
| 281 | Amazon | astolily |
| 282 | Amazon | Sungnel |
| 283 | Amazon | Hao Yu Tiancheng Technology Co., Ltd |
| 287 | Amazon | AmoVirg |
| 289 | Amazon | YokPollar |
| 290 | Amazon | goodproduct |
| 291 | Amazon | Emirde |
| 294 | Amazon | Okenten |
| 296 | Amazon | LaleBeauty |

| 301 | DHgate | iphone12 |
|---|---|---|
| 302 | DHgate | Dys Airwrap |
| 303 | DHgate | Movie Store |
| 305 | DHgate | Meinow Cosmetics Foreign Trade Co. Ltd |
| 306 | DHgate | hope13 |
| 308 | DHgate | Wholesale trade |
| 313 | DHgate | topsofwholesale |
| 322 | DHgate | Hcy988520 |
| 324 | DHgate | hanlin_chen |
| 338 | DHgate | Glow Cosmetics |
| 340 | DHgate | oyyt520 |
| 341 | DHgate | mc_eye |
| 344 | DHgate | Beauty Makeup Brushes |
| 347 | DHgate | beautycreation |
| 348 | DHgate | onefeel |
| 352 | DHgate | Wanghongmei8888 |
| 353 | DHgate | Sinospeedbeauty |
| 354 | DHgate | cycdistribution |
| 356 | DHgate | Feelingwell1 |
| 357 | DHgate | makeup2021 |
| 360 | eBay | 5073283 |
| 363 | eBay | 2020friendshi-31 |
| 365 | eBay | acesports88 |
| 367 | eBay | bestmall99 |
| 368 | eBay | bestshopbestdeals4you |
| 369 | eBay | betoplxt |
| 370 | eBay | bhui43 |
| 371 | eBay | celon_bay |
| 374 | eBay | coolcargo68 |
| 376 | eBay | deimantst1334 |
| 382 | eBay | extraxp |
| 383 | eBay | ezyarts_2020 |
| 384 | eBay | flame851 |
| 385 | eBay | gelivable.2u |
| 386 | eBay | gho-store |
| 388 | eBay | goodvibe-store |
| 397 | eBay | imailw |
| 402 | eBay | kartikfashion |
| 403 | eBay | keceshe |
| 404 | eBay | kktchathu |
| 406 | eBay | lady_care99 |

| 410 | eBay | lixunte |
|---|---|---|
| 411 | eBay | lucky_everyday |
| 419 | eBay | patapom |
| 421 | eBay | qingfa869 |
| 422 | eBay | senyushoud |
| 424 | eBay | shuangjingl |
| 426 | eBay | takehold |
| 433 | eBay | unicom2087 |
| 437 | eBay | woowdo-store |
| 441 | eBay | zestore042 |
| 458 | Joom | BLUETHIN |
| 485 | Newegg | DP-iot |
| 486 | Newegg | Jingfengshun |
| 490 | Shopify | novaclout.store |
| 491 | Wish | CosLink Cosmetics |
| 494 | Wish | Flagship Store |
| 496 | Wish | Fashion & Beauty Mall |
| 501 | Wish | Buy_Easy |
| 502 | Wish | HLLIGHT |
| 503 | Wish | rxhjessica |
| 504 | Wish | gengxiaoyue |
| 508 | Wish | goguobrset |
| 510 | Wish | Attractive Queen |
| 511 | Wish | pipib |
| 512 | Wish | Yanfeng Living museum |
| 517 | Wish | More than wood creative household |
| 518 | Wish | weixiuna |
| 520 | Wish | Alex001 |
| 521 | Wish | 1076234871 |
| 522 | Wish | ASD5ADSXC012 |
| 523 | Wish | yuanyuanliangyidian |
| 526 | Wish | PUDUBaby |
| 527 | Wish | Andruimotherandbabydailynecessities |
| 528 | Wish | happyyx |
| 529 | Wish | BOTANv332 |
| 530 | Wish | lidenwei |
| 531 | Wish | liujunnan |
| 537 | Wish | JIyumei0009 |
| 538 | Wish | J33qiang |
| 540 | Wish | shishangmamazhuang |
| 541 | Wish | A good girl shop |

| 543 | Wish | AVIVA1223 |
|---|---|---|
| 546 | Wish | sunny168 |
| 549 | Wish | KanshanAjana |
| 550 | Wish | milubumilu |
| 551 | Wish | luyun12345678 |
| 552 | Wish | liyu from |
| 555 | Wish | rryyang |
| 556 | Wish | LabcWdfhjryMorld |
| 557 | Wish | xtz1986n |
| 558 | Wish | XXFxxffang |
| 559 | Wish | linnadai80 |
| 560 | Wish | BAISEN |
| 562 | Wish | haotian888 |
| 563 | Wish | doublegunJ |
| 564 | Wish | BBYY Musical Instrument Store |
| 568 | Wish | yanbabyy |
| 570 | Wish | lingdongyoushi |
| 571 | Wish | yanwoshishangxiedian |
| 572 | Wish | wulijuan666 |
| 573 | Wish | wjsbhsjwj |
| 574 | Wish | Ling Wei |
| 575 | Wish | italynbest |
| 576 | Wish | yjhfytkj |
| 577 | Wish | fcqix66 |
| 578 | Wish | mzugg83 |
| 582 | Wish | Type Na la la tolese |
| 583 | Wish | Lilansy babytoys |
| 585 | Wish | penjinditai |
| 586 | Wish | Xiruoguniang |
| 587 | Wish | diapinliutan |
| 588 | Wish | Stonesbaoyuj |
| 589 | Wish | dubupinling |
| 590 | Wish | Sinaru nico pintone |
| 591 | Wish | Vansen pino pink |
| 592 | Wish | Boon Beng Bong |
| 593 | Wish | jianyipingfeng |
| 594 | Wish | HONGFEN STORE |
| 595 | Wish | dieyingximen |
| 597 | Wish | liufangfang123321 |
| 598 | Wish | tangqing147258 |
| 599 | Wish | zengyuan66o85 |

| 600 | Wish | Tans stater gualsee |
|-----|------|---------------------|
| 601 | Wish | lihuashangmao |
| 602 | Wish | Randy International |
| 603 | Wish | ganxinhuanying |
| 604 | Wish | guanzhu |
| 606 | Wish | CQLSVC |
| 607 | Wish | IOYIXOYXLSL |
| 608 | Wish | wagnneeredward |
| 609 | Wish | yousrgifts |
| 615 | Wish | jiaxinyu1234 |
| 625 | Wish | Beedlectricstoy |