UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FRUGALITY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendant.<br><br>FRUGALITY, INC.,<br><br>        Garnishor,<br>v.<br><br>WorldFirst UK Limited,<br><br>Garnishee. | CASE NO.: 1:21-cv-23025-BB |

## PLAINTIFF'S APPLICATION FOR WRIT OF GARNISHMENT

FRUGALITY, INC. ("Plaintiff" or "Garnishor"), by and through undersigned counsel, hereby applies for issuance of a writ of garnishment after judgment against WorldFirst UK Limited ("Garnishee"), and as grounds for the writ shows:

1. Plaintiff is an organization with its principal place of business in Florida.

2. Garnishee is doing business in the state of Florida and subject to jurisdiction here.

3. On March 08, 2022, this Court entered a Final Judgment and Permanent Injunction at ECF No. 214 against Defendants numbered in Schedule "A" to the Complaint as 2, 4-6, 8, 9, 11, 15-19, 21, 22, 24-26, 28-30, 32, 33, 35, 40, 41, 44-46, 48-52, 54-56, 58, 60-66, 68,

**SRIPLAW**
California ◆ Georgia ◆ Florida ◆ Tennessee ◆ New York

69, 72-82, 84-91, 93, 94, 98-99, 101-114, 116-120, 122-134, 137, 139, 142-146, 148-178, 180, 181, 183-190, 192-194, 197, 198, 200, 203, 204, 206-209, 211, 215, 216, 219, 220, 222-225, 236, 237, 240, 248, 249, 253, 254, 256, 257, 259, 261, 265, 266, 269, 271, 274, 276, 277, 278, 281, 283, 287, 289, 291, 294, 296, 301-303, 305, 306, 313, 324, 338, 340, 341, 344, 347, 348, 352-354, 356, 357, 360, 363, 365, 367-371, 374, 376, 382-386, 388, 397, 402-404, 406, 410, 419, 421, 422, 424, 426, 433, 437, 441, 458, 485, 486, 490, 491, 494, 496, 501-504, 508, 510, 511, 517, 518, 520-523, 526-528, 530, 531, 537, 538, 540, 541, 543, 546, 549-552, 555-560, 562-564, 568, 570-578, 582, 583, 585-595, 597-604, 606-609, 615, and 625 ("Judgment Debtors") in the above entitled actions in the amount of **$100,000.00 against each Judgment Debtor.**

4. The judgment is final, valid, and subsisting and remains wholly unsatisfied.

5. This debt is just, due, and unpaid and this garnishment is not sought to injure either Judgment Debtors or Garnishee.

6. Plaintiff has reason to believe and does believe that Garnishee possesses agreements, assets, effects or monies belonging to Judgment Debtors.

7. Plaintiff is entitled to the issuance of a writ of garnishment on the grounds stated in this application.

WHEREFORE, Plaintiff prays that a writ of garnishment be issued to Garnishee.

DATED: April 25, 2022               Respectfully submitted,

/s/ Joel B. Rothman
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100

Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Garnishor/Plaintiff Frugality, Inc.*