UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FRUGALITY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendant. | CASE NO.: 1:21-cv-23025-BB |
| FRUGALITY, INC.,<br><br>       Garnishor,<br>v.<br><br>WorldFirst UK Ltd.,<br><br>Garnishee. | |

**WRIT OF GARNISHMENT**

TO:   WorldFirst UK Ltd.
Millbank Tower
21-24 Millbank
London, United Kingdom SW1P 4QP

Garnishee.

YOU ARE COMMANDED to summon the garnishee, to serve an answer to this writ on SRIPLAW, whose address is, 21301 Powerline Road, Suite 100, Boca Raton, Florida, 33433 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to the Defendants numbered in Schedule "A" to the Complaint as 2, 4-6, 8, 9, 11, 15-19, 21, 22, 24-26, 28-30, 32, 33, 35, 40, 41, 44-46, 48-52, 54-56, 58, 60-66, 68, 69, 72-82, 84-91, 93, 94, 98-99, 101-114, 116-120, 122-134, 137, 139, 142-146, 148-178, 180, 181, 183-190, 192-194, 197, 198, 200, 203, 204, 206-209, 211, 215, 216,

219, 220, 222-225, 236, 237, 240, 248, 249, 253, 254, 256, 257, 259, 261, 265, 266, 269, 271, 274, 276, 277, 278, 281, 283, 287, 289, 291, 294, 296, 301-303, 305, 306, 313, 324, 338, 340, 341, 344, 347, 348, 352-354, 356, 357, 360, 363, 365, 367-371, 374, 376, 382-386, 388, 397, 402-404, 406, 410, 419, 421, 422, 424, 426, 433, 437, 441, 458, 485, 486, 490, 491, 494, 496, 501-504, 508, 510, 511, 517, 518, 520-523, 526-528, 530, 531, 537, 538, 540, 541, 543, 546, 549-552, 555-560, 562-564, 568, 570-578, 582, 583, 585-595, 597-604, 606-609, 615, and 625 ("Judgment Debtors") at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the defendant the garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the defendant. The amount set in plaintiff's motion is of $100,000.00 against each Judgment Debtor.

Date:

APR 2 5 2022

Angela E. Noble
CLERK OF COURT

Signature of Clerk or Deputy Clerk